**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ARTURO M. FLORES, ET AL.,**<br><br>Defendant. | Case No. 1:10-CV-02087  AWI-JLT<br><br>**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

**ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Alejandro Alex Vazquez, where service has not been made or service by publication requested.

IT IS SO ORDERED.

Dated:   March 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE