Matthew A. Paré, Esq., State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE**
333 H Street, Suite 5059
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTURO M. FLORES and ALEJANDRO ALEX VAZQUEZ, INDIVIDUALLY and d/b/a LOS AMIGOS a/k/a MARAKAS TROPICAL a/k/a LA PLACITA <br><br> Defendants. <br> JURY TRIAL DEMANDED | Case No.: 1:10-cv-02087-AWI-JLT <br><br> **DEFENDANTS' *EX-PARTE* APPLICATION REQUESTING THAT THE COURT VACATE THE HEARING DATE ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

TO THE HONORABLE JENNIFER L. THURSTON:

Defendants Arturo Flores and Alejandro Vazquez, by and through their attorney of record, hereby apply *ex-parte* for an order vacating the hearing date of Monday, July 25, 2011, for plaintiff's motion for default judgment. This request is made on the grounds that defendants have filed a motion to set aside the default that is scheduled for Tuesday, July 26, 2011, and the issue

regarding setting aside the default must be heard first.

1. On June 15, 2011, defendants filed a motion to set aside the default entered against them in this matter. Consistent with Federal Rules of Civil Procedure, Rule 6, defendants' motion was calendared for a date that provided more than 28-days notice to plaintiff. The original hearing date for the motion to set aside the default was July 18, 2011.

2. Shortly after defendants filed their motion to set aside the default in this case, the court reset the motion on June 16, 2011 to take place on July 26, 2011.

3. Also on June 16, 2011, plaintiff filed a motion for default judgment against defendants, which was scheduled to be heard on Monday, July 25, 2011, before the hearing date on defendants' motion to set aside the default.

4. Defendants most strenuously oppose plaintiff's request for default judgment in this case. By virtue of the motion to set aside the default that defendants filed, their intention to be heard by this Court is apparent. Unfortunately, given the fact that a default was entered against defendants they cannot file an opposition because until the default is set aside the defendants are not properly before the Court. *See Clifton v. Tomb*, 21 F.2d 893, 897 (4th Cir. 1927); *Great Am. Ins. Co. v. M.J. Menefee Const., Inc.*, No. 1:06-cv-0392-AWI-DLB, 2006 WL 2522408 at *2 (E.D. Cal. 2006) ("Clerk of Court's entry of default cuts off Defendants' rights to appear in this action.")

5. In light of the procedural posture of the case generally, and defendants' motion to set aside the default specifically, this Court should vacate the hearing date for plaintiff's motion for default judgment, and first hear defendants' motion to set aside the default.

**WHEREFORE**, defendants respectfully request that this Honorable Court vacate the hearing date of Monday, July 25, 2011 for plaintiff's motion for default judgment.

Respectfully submitted.

Dated: June 21, 2011                   LAW OFFICE OF MATTHEW PARE

By: /s/ Matthew A. Paré, Esquire
_____
Matthew A. Paré, Esquire
Counsel for Defendants

| | |
|---|---|
| 1 | Matthew A. Paré, Esq., State Bar No.: 258434<br>**LAW OFFICE OF MATTHEW PARE** |
| 2 | 333 H Street, Suite 5059<br>Chula Vista, CA 91910 |
| 3 | Phone: (619) 869-4999<br>Fax: (619) 475-6296 |
| 4 | e-mail: mattparelawca@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Thomas P. Riley, Esq., State Bar No.: 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Phone: (626) 799-9797
Fax: (626) 799-9795
e-mail: TPRLAW@att.net

Matthew A. Paré, Esq., State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE**
333 H Street, Suite 5059
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

By: /s/ Matthew A. Paré
_____
Matthew A. Paré, Esquire