Matthew A. Paré, Esq., State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE**
333 H Street, Suite 5059
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARTURO M. FLORES and ALEJANDRO ALEX VAZQUEZ, INDIVIDUALLY and d/b/a LOS AMIGOS a/k/a MARAKAS TROPICAL a/k/a LA PLACITA <br><br> Defendants. <br> JURY TRIAL DEMANDED | Case No.: 1:10-cv-02087-AWI-JLT <br><br> **ANSWER OF DEFENDANTS ARTURO FLORES AND ALEJANDRO ALEX VAZQUEZ, INDIVIDUALLY AND d/b/a LOS AMIGOS a/k/a MARAKAS TROPICAL a/k/a LA PLACITA** <br><br> **DEMAND FOR JURY TRIAL** <br><br> *[Pursuant to Federal Rules of Civil Procedure, Rules 8(b), 12(a), 38]* |

COME NOW defendants Arturo Flores and Alejandro Alex Vazquez, individually and d/b/a Los Amigos a/k/a Marakas Tropical a/k/a La Placita (collectively referred to as "defendants" herein), appearing by counsel, and file this Answer and Defenses in response to the Complaint of plaintiff J & J Sports Productions, Inc.

---
Answer                                                                 1

| | | | |
|---|---|---|---|
| 1 | | | AND NOW, the defendants answer the Complaint, paragraph by paragraph, as follows: |
| 2 | 1. | Admit. | |
| 3 | 2. | Admit. | |
| 4 | 3. | Admit that there is personal jurisdiction only. | |
| 5 | 4. | Admit that venue is proper. | |
| 6 | 5. | Admit that intradistrict assignment is proper. | |
| 7 | 6. | Defendants are without sufficient information to admit or deny. | |
| 8 | 7. | Deny. | |
| 9 | 8. | Deny. | |
| 10 | 9. | Deny. | |
| 11 | 10. | Defendants are without sufficient information to admit or deny. | |
| 12 | 11. | Defendants are without sufficient information to admit or deny. | |
| 13 | 12. | Defendants are without sufficient information to admit or deny. | |
| 14 | 13. | Deny. | |
| 15 | 14. | Deny. | |
| 16 | 15. | Defendants are without sufficient information to admit or deny. | |
| 17 | 16. | Deny. | |
| 18 | 17. | Deny. | |
| 19 | 18. | Deny. | |
| 20 | 19. | Deny. | |
| 21 | 20. | Deny. | |
| 22 | 21. | Deny. | |
| 23 | 22. | Deny. | |
| 24 | 23. | Deny. | |
| 25 | 24. | Deny. | |
| 26 | 25. | Deny. | |
| 27 | 26. | Deny. | |

| | | |
|---|---|---|
| 1 | 27. | Deny. |
| 2 | 28. | Deny. |
| 3 | 29. | Defendants are without sufficient information to admit or deny. |
| 4 | 30. | Defendants are without sufficient information to admit or deny. |
| 5 | 31. | Deny. |
| 6 | 32. | Deny. |
| 7 | 33. | Deny. |
| 8 | 34. | Deny. |
| 9 | 35. | Deny. |
| 10 | 36. | Deny. |
| 11 | 37. | Deny. |

In response to the paragraphs following paragraph 37, beginning with the words "WHEREFORE, Plaintiff prays" the defendants deny plaintiff is entitled to the relief prayed for or any relief whatsoever. Defendants hereby demand a jury trial in this civil action.

Respectfully submitted.

DATED: July 22, 2011                    LAW OFFICE OF MATTHEW PARE

By:    /s/ Matthew A. Paré
       _____
       Matthew A. Paré, Esquire
       Counsel for Defendants

Matthew A. Paré, Esq., State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE**
333 H Street, Suite 5059
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Thomas P. Riley, Esq., State Bar No.: 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Phone: (626) 799-9797
Fax: (626) 799-9795
e-mail: TPRLAW@att.net

Matthew A. Paré, Esq., State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE**
333 H Street, Suite 5059
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

By: /s/ Matthew A. Paré
---
Matthew A. Paré, Esquire