Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Matthew Allen Pare, SBN 258434
**LAW OFFICES OF MATTHEW ALLEN PARE**
333 H Street, Suite 5059
Chula Vista, CA 91910
Telephone No. (619) 869-4999
Facsimile No.  (619) 475-6296
mattparelawca@gmail.com
**Attorneys for Defendants**
**Arturo M. Flores and Alejandro Alex Vazquez**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO M. FLORES, et al.,<br><br>Defendants. | CASE NO.  1:10-CV-02087-AWI-JLT<br><br>PLAINTIFF AND DEFENDANT'S SECOND STIPULATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER (Proposed)<br><br>FOR:   HON. JENNIFER L. THURSTON<br><br>THE PARTIES REQUEST TO APPEAR TELEPHONICALLY |

**TO THE HONORABLE JENNIFER L. THURSTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Arturo M. Flores and Alejandro Alex Vazquez, individually and d/b/a Los Amigos a/k/a Marakas Tropical a/k/a La Placita, hereby agree, stipulate, and respectfully request that this Honorable Court continue

the Scheduling Conference presently set for 2:30 PM on September 22, 2011 to a new date of Wednesday, October 5, 2011 at 2:30 PM.

The request for the brief continuance is necessitated by the fact that Plaintiff's counsel of record, and trial counsel in the above-entitled action, has two (2) calendaring conflicts on Thursday, September 22, 2011. Specifically, Plaintiff's counsel is scheduled to be before the Honorable Fernando M. Olguin for a Settlement Conference in the matter of *J & J Sports Productions, Inc. v. Garduno, et al.* Case No. 2:10-cv-06857-WDK-FMO in the U.S.D.C. for the Central District of California, Western Division at 9:30 A.M. and for another Settlement Conference that same day in the matter of *J & J Sports Productions, Inc. v. Gamboaroygoza*, *et al.* Case No. 5:10-cv-00607-WDK-FMO in the U.S.D.C. for the Central District of California, Western Division at 1:00 P.M.

In addition, the Parties respectfully request the opportunity to appear telephonically for the upcoming Scheduling Conference. This request is necessitated by the fact that Parties firms are located in Southern California outside of the Fresno Division of this Honorable Court.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Scheduling Conference, presently scheduled for September 22, 2011 at 2:30 PM to a new date of Wednesday, October 5, 2011 at 2:30 PM.

Respectfully Submitted,

Dated: September 21, 2011  */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: September 21, 2011  */s/ Matthew Allen Pare*
**LAW OFFICES OF MATTHEW ALLEN PARE**
By: Matthew Allen Pare
Attorneys for Defendants
Arturo M. Flores and Alejandro Alex Vazquez

# ORDER

It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-02087-AWI-JLT styled *J & J Sports Productions, Inc. v. Arturo M. Flores, et al.*, is hereby continued from 2:30 PM, to Wednesday, October 5, 2011 at 2:30 PM.

Counsel are authorized to appear by telephone but must notify the Court no later than September 28, 2011 of their desire to do so and obtaining instructions at that time for dialing the Court.

IT IS SO ORDERED.

Dated:   **September 21, 2011**              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE