IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>ARTURO M. FLORES and ALEJANDRO ALEX VAZQUEZ, INDIVIDUALLY and d/b/a/ LOS AMIGOS a/k/a MARAKAS TROPICAL a/k/a LA PLACITA,<br><br>            Defendants. | 1:10cv2087 AWI JLT<br><br>ORDER VACATING HEARING DATE OF AUGUST 20, 2012<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF<br><br>(Document #47) |

   Defendants have noticed for hearing and decision a motion for summary judgment. The matter was scheduled for a hearing to be held on August 20, 2012. The court has reviewed Defendants' motion, Plaintiff's opposition, and the applicable law. The court has determined that the motion is suitable for decision without oral argument. <u>See</u> Local Rule 230.

   On August 16, 2012, Plaintiff filed a motion for leave to file a sur-reply. The court normally does not consider sur-reply briefs. However, in light of the fact Plaintiff will not be allowed to present oral arguments in response to Defendants' reply brief, the court will consider Plaintiff's eight page sur-reply brief filed on August 16, 2012.

//

//

Therefore, IT IS HEREBY ORDERED:

1. The previously set hearing date of August 20, 2012, is VACATED, and no party shall appear at that time.
2. Plaintiff's motion for leave to file a sur-reply brief is GRANTED and the court will consider Plaintiff's eight page sur-reply brief filed on August 16, 2012.
3. As of August 20, 2012, the court will take the pending motion for summary judgment under submission and thereafter issue an opinion.

IT IS SO ORDERED.

Dated:   August 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2