UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO M. FLORES, et al.,<br><br>Defendants. | Case No.  1:10-CV-02087-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO VACATE SETTLEMENT CONFERENCE**<br><br>**(Doc. 52)** |

  Before the Court is the stipulation of counsel to vacate the settlement conference.  (Doc. 52) Counsel report that they are awaiting a decision on Defendants' motion for summary judgment and believe that a settlement is not possible until the result of this motion is known.  Id.  Thus, they report that the matter is not in a settlement posture at this time.  Id.

  Based upon the information contained in counsels' motion, the Court **GRANTS** the parties' stipulation.  The settlement conference, currently set on November 19, 2012, is **VACATED**.

///

///

The parties may request that the settlement conference be rescheduled by filing a joint request indicating their belief that the matter is ready for settlement discussions and the conference is likely to be fruitful and proposing dates for the conference.

IT IS SO ORDERED.

Dated:   **October 30, 2012**              /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE