1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT FOR THE**
9              **EASTERN DISTRICT OF CALIFORNIA**
10
11   J & J Sports Productions, Inc.,          )    1:10-cv-02087-AWI-JLT
                                              )
12                  Plaintiff,                )    ORDER CONTINUING
                                              )    PRETRIAL CONFERENCE
13          v.                                )
                                              )
14   ARTURO M. FLORES and ALEJANDRO           )
     ALEX VAZQUEZ, individually and dba       )
15   LOS AMIGOS aka MARAKAS                   )
     TROPICAL aka LA PLACITA,                 )
16                                            )
                    Defendants.               )
17   _____ )
18
19   The pretrial conference of December 6, 2012 is hereby CONTINUED to Friday, January 4, 2013 at
20   8:30 a.m. in courtroom 2.
21
22                          IT IS SO ORDERED.
23
     Dated:    November 29, 2012           _____
24                                          UNITED STATES DISTRICT JUDGE
25
26
27
28