IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>ARTURO M. FLORES and ALEJANDRO ALEX VAZQUEZ, individually and dba LOS AMIGOS aka MARAKAS TROPICAL aka LA PLACITA,<br><br>        Defendants. | 1:10-cv-02087-AWI-JLT<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013 AND TAKING MATTERS UNDER SUBMISSION<br><br>(Docs. 60, 61) |

Plaintiff J & J Sports Productions, Inc., has filed a motion to amend judgment. Defendants Arturo M. Flores and Alejandro Alex Vazquez have filed a motion for attorneys' fees. Both motions are set for hearing on Monday, February 25, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). Accordingly, the previously scheduled hearing date of February 25, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 20, 2013                                    /s/ signature
                                                                              SENIOR  DISTRICT  JUDGE