1

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT FOR THE**

8            **EASTERN DISTRICT OF CALIFORNIA**

9

10    J & J Sports Productions, Inc.,              )      1:10-cv-02087-AWI-JLT
                                                   )
11                      Plaintiff,                 )      ORDER DENYING MOTION FOR
                                                   )      LEAVE TO FILE SURREPLY
12            v.                                    )
                                                   )      (Doc. 68)
13    ARTURO M. FLORES and ALEJANDRO               )
      ALEX VAZQUEZ, individually and dba           )
14    LOS AMIGOS aka MARAKAS                        )
      TROPICAL aka LA PLACITA,                     )
15                                                 )
                        Defendants.                )
16    _____             )

17

18    The Court refers the parties to previous orders for a complete chronology of the proceedings.  On

19    February 22, 2013, plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed a motion (doc. 68) for

20    leave to file a surreply to the reply (doc. 65) filed by defendants Arturo M. Flores and Alejandro

21    Alex Vazquez ("Defendants") in response to Plaintiff's opposition (doc. 64) to Defendants' motion

22    for attorneys' fees (doc. 60).  Having reviewed the pleadings of record and all competent and

23    admissible evidence submitted, the Court finds no good cause for the filing of a surreply.

24    Accordingly, Plaintiff's motion for leave to file a surreply is hereby DENIED.

25    IT IS SO ORDERED.

26
      Dated:     February 26, 2013          _____
27                                                   SENIOR  DISTRICT  JUDGE

28