# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | 1:10-cv-02087-AWI-JLT |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| ARTURO M. FLORES and ALEJANDRO ALEX VAZQUEZ, individually and d/b/a/ LOS AMIGOS a/k/a MARAKAS TROPICAL a/k/a LA PLACITA, | (Doc. 72) |
| Defendants. | |

Plaintiff J & J Sports Productions, Inc., has filed a motion for reconsideration (doc. 72) of the Court's July 12, 2013 order (doc. 71) granting defendants Arturo M. Flores's and Alejandro Alex Vazquez's motion for attorneys' fees (doc. 60), set for hearing on Monday, September 16, 2013. The Court finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of September 16, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  September 10, 2013                              _____
                                                                                   SENIOR  DISTRICT  JUDGE

1

2