IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | 1:10-cv-02087-AWI-JLT |
| Plaintiff, | **ORDER RE: MOTION FOR RECONSIDERATION** |
| v. | (Doc. 72) |
| ARTURO M. FLORES and ALEJANDRO ALEX VAZQUEZ, individually and d/b/a/ LOS AMIGOS a/k/a MARAKAS TROPICAL a/k/a LA PLACITA, | |
| Defendants. | |
| _____/ | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On December 17, 2012, the Court issued an order (doc. 59) granting summary judgment in favor of defendants Arturo M. Flores and Alejandro Alex Vazquez (collectively, "Defendants") and awarded them attorneys' fees as the prevailing party. On January 15, 2013, Defendants filed a motion (doc. 60) for attorneys' fees. On July 12, 2013, the Court granted Defendants' motion for attorneys' fees. On August 9, 2013, plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed a motion (doc. 72) for reconsideration of the Court's July 12, 2013 attorneys' fees order. Defendants filed their opposition to Plaintiff's motion on August 29, 2013. Plaintiff filed its reply to Defendants' opposition on September 9, 2013. "Whenever any motion has been granted

1

or denied in whole or in part, and a subsequent motion for reconsideration is made upon the same or any alleged different set of facts, counsel shall present to the Judge or Magistrate Judge to whom such subsequent motion is made an affidavit or brief, as appropriate, setting forth the material facts and circumstances surrounding each motion for which reconsideration is sought, including [¶] (1) when and to what Judge or Magistrate Judge the prior motion was made; [¶] (2) what ruling, decision, or order was made thereon; [¶] (3) what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and [¶] (4) why the facts or circumstances were not shown at the time of the prior motion." Local Rule 230(j).  Reconsideration of motions may also be granted under the standards applicable to reconsideration of a final judgment under Federal Rule of Civil Procedure 59(e).  Under Rule 59(e), "[r]econsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. There may also be other, highly unusual, circumstances warranting reconsideration." *School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993) (citations omitted).  Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds Plaintiff has failed to meet the foregoing standard for reconsideration.  Accordingly, Plaintiff's motion for reconsideration shall be DENIED.

IT IS SO ORDERED.

Dated:   October 2, 2013                                         _____
                                                                                    SENIOR DISTRICT JUDGE