Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. | CASE NO. 1:10-cv-02087-AWI-JLT |
| Plaintiff, | ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT |
| vs. | |
| Arturo M. Flores, et al., | |
| Defendants. | |

Defendants/Judgment Creditors Arturo M. Flores and Alejandro Alex Vasquez, individually and d/b/a Los Amigos a/k/a Marakas Tropical a/k/a La Placita hereby acknowledges that the judgment for attorneys' fees and costs entered in this action on July 9, 2013 (ECF# 71), has been satisfied in full by Plaintiff J & J Sports Productions, Inc.

Dated: 5/23/2014

LAW OFFICES OF MATTHEW A. PARE, APC
By: Matthew A. Pare
Attorneys for Defendants
ARTURO M. FLORES and ALEJANDRO ALEX VASQUEZ, individually and d/b/a LOS AMIGOS A/K/A MARAKAS TROPICAL a/k/a LA PLACITA

ACKNOWLEDGEMENT OF SATISFATION OF JUDGMENT
Case No. 1:10-cv-02087-AWI-JLT
PAGE 1

## PROOF OF SERVICE (BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 27, 2014, I served:

**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Matthew A. Pare, Esquire<br>**LAW OFFICES OF MATTHEW A. PARE**<br>823 Anchorage Place Blvd., Suite 101<br>Chula Vista, CA 91914 | (Attorneys for Defendants Arturo M. Flores and Alejandro Alex Vasquez, individually and d/b/a Los Amigos a/k/a Marakas Tropical a/k/a La Placita) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 27, 2014, at South Pasadena, California.

Dated: May 27, 2014

/s/ VANESSA VENTURA