1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  **J & J SPORTS PRODUCTIONS, INC.,**          Case No.  1:10-CV-02087-AWI-JLT

12                **Plaintiff,**                  **ORDER TO DEFENDANTS ARTURO M.**
                                                  **FLORES AND ALEJANDRO ALEX**
13                **v.**                          **VASQUEZ DBA LOS AMIGOS AKA**
                                                  **MARAKAS TROPICAL AKA LA**
14  **ARTURO M. FLORES, et al.,**                 **PLACITA TO SHOW CAUSE WHY THE**
                                                  **THIRD-PARTY COMPLAINT SHOULD**
15                **Defendants.**                 **NOT BE DISMISSED**

16

17

18          After the voluntary dismissal of Plaintiff's appeal in this matter, Defendants, Arturo M.

19  Flores and Alejandro Alex Vasquez doing business as Los Amigos aka Marakas Tropical, aka La

20  Placita, filed a satisfaction indicating the payment of fees and costs awarded by the Court.  (Doc. 86)

21  However, the matter also involved a third-party complaint filed by these Defendants against third-

22  party-Defendants Mario German Benito Perez-Ramirez and Alma Toxqui.  (Doc. 35) These third-

23  party-Defendants were served (Docs. 37, 38) and appeared in this action (Doc. 39).  Nevertheless,

24  the third-party claimants have taken no action to resolve this third-party complaint.

25          Therefore, the Court **ORDERS**:

26          1.        **Within 14 days,** Defendants, Arturo M. Flores and Alejandro Alex Vasquez doing

27  business as Los Amigos aka Marakas Tropical, aka La Placita **SHALL** show cause in writing why

1

the matter should not be dismissed for failure to prosecute;

2.      Alternatively, Defendants, Arturo M. Flores and Alejandro Alex Vasquez doing business as Los Amigos aka Marakas Tropical, aka La Placita, may file a motion or stipulation to dismiss the action **within the same 14-day period**.

IT IS SO ORDERED.

Dated:   **August 25, 2014**                            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE