UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTURO M. FLORES, et al., <br><br> Defendants. | Case No.: 1:10-cv-02087 - AWI - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 25, 2014 <br><br> ORDER GRANTING THE MOTION TO DISMISS FILED BY ARTURO FLORES  (Doc. 88) |

On August 25, 2014, the Court ordered Defendants to show cause why the third-party complaint should not be dismissed for failure to prosecute or, in the alternative, to file a motion to dismiss. (Doc. 87.) In compliance with the Court's order, Defendant Arturo Flores filed a motion to dismiss the third-party complaint. (Doc. 88.) Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated August 25, 2014 (Doc. 87) is **DISCHARGED**;
2. The motion to dismiss the third-party complaint (Doc. 35) is **GRANTED**; and
3. The Clerk of Court is directed to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:  August 28, 2014

_____
SENIOR  DISTRICT  JUDGE

1